**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 237 MAL 2020

        Respondent        :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

        v.                         :

                                    :

SEAN DONAHUE,               :

        Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.